*George P. Nicholson, Corporation Counsel (John F. O'Brien, Elliot S. Benedict* and *Charles C. Marrin* of counsel), for appellant.

*Martin E. Burke* and *Samuel F. Moran* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: McLAUGHLIN, J. Absent: ANDREWS, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. SAM WING, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

. (Argued May 10, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Supreme Court rendered October 26, 1925, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert S. Johnstone, Stanley L. Richter, Elmer F. Quinn* and *Robert H. Elder* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel) for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

DANIEL J. JENNINGS et al., Respondents, v. JENNIE BAUMANN et al., as Executrices of MARY BAUMANN, Deceased, Appellants.

*Vendor and purchaser — real property — title — encroachment — title to real property unmarketable by reason of encroachments in street.*

*Jennings* v. *Baumann*, 214 App. Div. 361, affirmed.

(Argued May 10, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 6, 1925, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial

at Special Term. The action was to recover an amount paid upon a contract to purchase real property together with the amount of expenses of examining title, it being alleged that the title was unmarketable by reason of certain encroachments and projections of the building into the street.

*Lynn C. Norris* and *Edward M. Perry* for appellants.
*Frank Harvey Field* and *Henry Booth Moore* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

JAMES M. LYNCH, Respondent, *v.* 114 WEST 70TH STREET CORPORATION, Appellant, Impleaded with Another.

*Negligence — building construction — failure to properly guard or light elevator shaft — action to recover for injuries from fall into shaft.*

*Lynch v. 114 West 70th Street Corp.*, 215 App. Div. 808, affirmed.
(Argued May 11, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a workman in a building in the course of construction, fell through an elevator opening and received the injuries complained of. It was alleged that defendant, appellant, the owner of the building, had negligently failed to guard or protect the opening or properly light the same.

*Frederick Mellor* and *Richard F. Weeks* for appellant.
*Charles Kennedy* and *Leonard F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.